# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANN DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC,<br><br>    Defendant. | :<br>:<br>:<br>: CIVIL ACTION<br>:<br>: NO. 4:20-CV-01975-MWB<br>:<br>:<br>:<br>: |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Ann Davis ("Plaintiff") and Defendant Midland Funding, LLC ("Midland Funding") have tentatively reached an agreement to settle all matters herein subject to the parties' execution of a draft settlement agreement. Plaintiff and Midland Funding anticipate filing a Joint Stipulation of Dismissal shortly, once the settlement agreement is executed.

Dated: February 12, 2021

*/s/ Joshua P. Ward*
Joshua P. Ward, Esquire
The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue, Suite 201
Pittsburgh, PA 15206
jward@fentersward.com

*Attorney for Plaintiff*

*/s/ Michael P. Trainor*
Michael P Trainor, Esquire
Blank Rome LLP
130 N. 18th Street
Philadelphia, PA 19103
mtrainor@blankrome.com

*Attorney for Defendant*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2021, a true and correct copy of the foregoing document was served upon the following:

Michael P. Trainor, Esq.
On Behalf of Defendant
130 N. 18th Street
Philadelphia, PA 19103

Respectfully Submitted,

**THE LAW FIRM OF FENTERS WARD**

Date: February 12, 2021              By:_____
                                          Joshua P. Ward (Pa. I.D. No. 320347)
                                          Kyle H. Steenland (Pa. I.D. No. 327786)

The Law Firm of Fenters Ward
The Rubicon Building
201 South Highland Avenue
Suite 201
Pittsburgh, PA 15206